No. 80–659. ADAMS v. PEAT, MARWICK, MITCHELL & Co. C. A. 6th Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 80–5179. JOHNSON v. MISSOURI. Sup. Ct. Mo. Certiorari denied. JUSTICE MARSHALL would grant certiorari.

No. 80–5561. HANCE v. GEORGIA. Sup. Ct. Ga.;

No. 80–5632. CLARK v. ARIZONA. Sup. Ct. Ariz.; and

No. 80–5645. WITT v. FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: No. 80–5561, 245 Ga. 856, 268 S. E. 2d 339; No. 80–5632, 126 Ariz. 428, 616 P. 2d 888; No. 80–5645, 387 So. 2d 922.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 79–1735. JARRETT v. JARRETT, *ante,* p. 927;

No. 79–6580. HOUSTON v. TENNESSEE, *ante,* p. 891;

No. 79–6857. CROSBY v. UNITED STATES DEPARTMENT OF THE AIR FORCE ET AL., *ante,* p. 866;

No. 79–6888. THERIAULT v. CHARLES COLSON PRISON FELLOWSHIP ET AL., *ante,* p. 952;

No. 80–45. JOHNSON v. J. O. L., *ante,* p. 989;

No. 80–250. CRAMER v. METROPOLITAN FEDERAL SAVINGS & LOAN ASSN. ET AL., *ante,* p. 876;

No. 80–5186. PATTERSON v. GARRINGTON, WARDEN, *ante,* p. 922; and

No. 80–5202. IN RE MAGEE, *ante,* p. 949. Petitions for rehearing denied.